**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1089**

_____

SANTOS CRUZ LOPEZ-HERNANDEZ,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-294-398)

_____

Submitted: August 12, 2003          Decided: September 2, 2003

_____

Before MOTZ, KING, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Paul S. Haar, Pauline M. Schwartz, LAW OFFICES OF PAUL S. HAAR, Washington, D.C., for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Richard M. Evans, Assistant Director, Joan E. Smiley, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Santos Cruz Lopez-Hernandez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen deportation proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Lopez-Hernandez's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Lopez-Hernandez, No. A70-294-398 (B.I.A. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2